# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2021 KW 0102

**APRIL 22, 2021**

---

In Re:    Andrew D. Wetzel, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1077-F-2021.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of St. Tammany Parish shows that the district court acted on relator's motion to lift parole hold on January 27, 2021.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT